# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

**United States of America**

-vs-                                              Case No. 2:23-mj-315

**Cameron Newton**

## COURTROOM MINUTES

| JUDGE: | Elizabeth A. Preston Deavers | DATE AND TIME: | May 18, 2023 at 1:30 PM |
|---|---|---|---|
| DEPUTY CLERK: | Sherry Nichols | COUNSEL FOR GOVT: | Noah Litton |
| RECORD: | CourtSmart | COUNSEL FOR DEFT(S). | Dustin Blake |
| INTERPRETER: | | Pretrial/Probation | Leticia Vazquez-Villa |

Initial Appearance

-CJA financial affidavit completed; Counsel appointed
-Dft advised of rights, charges, and potential penalties
-Govt moves for detention; motion granted
-Detention Hearing set for May 22, 2023 at 1:30 PM
-Preliminary Hearing set for June 1, 2023 at 2:00 PM before Magistrate Judge Vascura
-Govt advised of Due Process Protections Act Order
-Dft remanded to custody of USMS